IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

CASE NOS. 6:11-cr-277-Orl-31GJK
6:12-cr-063-Orl-31GJK

v.

MARCUS DWAYNE ROBERTSON,

      Defendant.
_____/

## MOTION TO TRAVEL WHILE ON SUPERVISED RELEASE

    COMES NOW the Defendant, MARCUS DWAYNE ROBERTSON, by and through his undersigned counsel, and hereby moves this Court for an Order permitting travel from the Middle District of Florida to New York, NY ("NYC") and in support states as follows:

    1.    The Defendant is presently serving a three (3) year term of supervised release imposed by the Court based on his convictions of possession of a firearm by a convicted felon and tax fraud conspiracy.

    2.    Since being placed on supervision by the Court, the Defendant has been in strict compliance with all of the conditions imposed.

    3.    The Defendant's parents reside in NYC, are elderly, and are unable to travel.

    4.    Because of the fact that the Defendant was in pretrial detention since 2011 and thereafter on supervised release, he has not seen his parents or other New York family members in person for over five (5) years.

    5.    The Defendant was recently reported by the media to have been associated with Omar Mateen, the person responsible for murdering forty-nine people at the Pulse nightclub in

Orlando, Florida. Based on these reports, the Defendant and his family have received numerous death threats.

6.      The Defendant had no association with Omar Mateen whatsoever and has been invited to appear on a nationally televised Fox news program, *The Sean Hannity Show*, to be interviewed by Sean Hannity and to have the opportunity to explain to the national audience of this program that he was not associated in any way with Mateen and had never met or had any contact with him.

7.      Thus, the Defendant hereby respectfully requests that the Court permit him to travel to NYC as soon as possible so that he can visit his elderly parents and New York family members for the first time in over five (5) years and can appear on *The Sean Hannity Show* in order to clear up any uncertainty regarding his non-association with Omar Mateen.

WHEREFORE the Defendant, respectfully requests that the Court enter its Order permitting him to travel from the Middle District of Florida to NYC and providing such other and further relief as it deems just and proper.

DATED this 26th day of June, 2016

Respectfully submitted,

/s/ Daniel N. Brodersen____
DANIEL N. BRODERSEN
The Brodersen Law Firm
1238 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 649-0007
Fax: (407) 895-4779
Email: brodersend@gmail.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Delivery via the CM/ECF System on this 26th day of June, 2016 and was therefore provided by electronic means to counsel for the UNITED STATES, AUSA Roger B. Handberg, United States Attorney's Office, 400 West Washington Street, Suite 300, Orlando, Florida 32801.

/s/ Daniel N. Brodersen
Attorney